MARY SPENCE, PLAINTIFF–RESPONDENT, v. WILLIAM MAIER, DEFENDANT, DUGAN BROTHERS OF NEW JERSEY, INC., DEFENDANT–APPELLANT.

Argued October 11, 1948—Decided October 18, 1948.

*Mr. Perry E. Belfatto* argued the case for the plaintiff-respondent.

*Mr. Joseph Coult* argued the case for the defendant-appellant (*Coult & Satz,* attorneys).

PER CURIAM. The judgment under review will be affirmed for the reasons expressed in the opinion of Mr. Justice Burling in the former Supreme Court.

*For affirmance:* Chief Justice VANDERBILT and Justices HEHER, OLIPHANT, WACHENFELD and ACKERSON—5.

*For reversal:* None.